IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 26 AM 11: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| RUTH STINNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-2337 Ml/V |
| | ) |
| WYETH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER STAYING CASE

Before the Court is the motion of Defendants Wyeth and Wyeth Pharmaceuticals to Stay All Proceedings Pending Settlement or Pending Transfer to MDL 1203, filed May 24, 2005. In their motion, Defendants represented that Plaintiff does not object to the relief sought by Defendants.

Plaintiff's claims against Defendants arise from their alleged use of the prescription diet drugs Pondimin and/or Redux. Federal diet drug litigation has been consolidated in the Eastern District of Pennsylvania. On January 21, 2005, Judge Harvey Bartle, III, of the United States District Court for the Eastern District of Pennsylvania, MDL 1203, entered Pre Trial Order No. 4389, which stayed consolidated diet drug litigation to facilitate the possible resolution of claims of all plaintiffs participating in the "New Settlement Process." Plaintiff has indicated her intention to participate in the "New Settlement

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-26-05

Process." If that process is not effective, Defendants indicate that a stay will be appropriate because this case will likely be transferred to the Eastern District of Pennsylvania.

Accordingly, this case is hereby STAYED pending resolution of the Plaintiff's claims pursuant to the "New Settlement Process." Defendants shall immediately notify this Court should the settlement process prove unsuccessful.

So ORDERED this 25 day of May, 2005.

*/s/ Jon P. McCalla*
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02337 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
4400 Bayou Drive
Suite 58
Pensacola, FL 32503

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

W. Kyle Carpenter
WOOLF McCLANE BRIGHT ALLEN & CARPENTER
900 South Gay Street
Ste. 900
Knoxville, TN 37902

Honorable Jon McCalla
US DISTRICT COURT